# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Donahue Francis v. Kings Park Manor Inc. and Corinne Downing** Docket No.: **15-1823**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Sasha Samberg-Champion**

Firm: **Relman, Dane & Colfax PLLC**

Address: **1225 19th St. NW, Suite 600**

Telephone: **(202) 728-1888**  Fax: **(202) 728-0848**

E-mail: **ssamberg-champion@relmanlaw.com**

Appearance for: **Donahue Francis**
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: **John Relman/ Relman, Dane & Colfax PLLC** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **July 17, 2014**  OR

[ ] I applied for admission on _____ .

Signature of Counsel: **/s/ Sasha Samberg-Champion**

Type or Print Name: **Sasha Samberg-Champion**